No. 11–7115. REYES-ALFONSO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7117. DIXON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7118. DIZZLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7124. YELVERTON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 11–7125. ZAMARRIPA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7131. JACQUES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–7133. MOLINA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7135. WARREN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–7136. WHITE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7137. WARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7138. BARGERON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7142. LUGO *v.* ZICKEFOOSE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 11–7145. O'NEIL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7146. MCDOWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7147. MITCHELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7149. BOBMANUEL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.